STEVEN G. SHEVORSKI, ESQ.
Nevada Bar No. 8256
AKERMAN SENTERFITT LLP
400 South Fourth Street, Suite 450
Las Vegas, Nevada 89101
Telephone:    (702) 634-5000
Facsimile:    (702) 380-8572
Email: steven.shevorski@akerman.com

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| AIRPORT MANAGEMENT SERVICES, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>RLW, INC., d/b/a EMC, a Nevada corporation; DOE INDIVIDUALS I-V; and ROE CORPORATIONS VI-X,<br><br>Defendants. | Case No.: 2:09-cv-01879-LRH-LRL<br><br>**MOTION FOR MISCELLANEOUS RELIEF – MOTION FOR REMOVAL FROM THE CM/ECF SYSTEM SERVICE LIST AND ORDER GRANTING MOTION** |

Steven G. Shevorski, Esq. files this motion to remove himself from the CM/ECF System List in the above-entitled matter. Jones Vargas represents Airport Management Services, LLC. Steven G. Shevorski, Esq. is no longer associated with the law firm of Jones Vargas.

Dated this 24th day of February, 2011.

**AKERMAN SENTERFITT LLP**

/s/ Steven G. Shevorski
STEVEN G. SHEVORSKI, ESQ.
Nevada Bar No. 8256
400 South Fourth Street, Suite 450
Las Vegas, Nevada 89101

{LV021922;1}                                      1

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
Dated: 2-25-11

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on the 24th day of February, 2010 and pursuant to Fed. R. Civ. P. 5(b), I served via CM/ECF and/or deposited for mailing in the U.S. Mail a true and correct copy of the foregoing **MOTION FOR MISCELLANEOUS RELIEF – MOTION FOR REMOVAL FROM THE CM/ECF SYSTEM SERVICE LIST AND ORDER GRANTING MOTION**, postage prepaid (if necessary) to all parties listed on the U.S. District Court's CM/ECF system.

Gary R. Goodheart, Esq.
Jones Vargas
3773 Howard Hughes Parkway, 3rd Floor South
Las Vegas, NV 89109

David A. Carroll
Rice Silbey Reuther & Sullivan, LLP
3960
Howard Hughes Parkway, #700
Las Vegas, NV 89169

Lance A. Maningo
Bellon & Maningo, Ltd.
732 South Sixth Street, Suite 102
Las Vegas, NV 89101

/s/ Elizabeth Stessel
An employee of AKERMAN SENTERFITT LLP

{LV021922;1}         3