DAVID A. CARROLL, ESQ.
Nevada Bar No. 7643
RICE SILBEY REUTHER & SULLIVAN LLP
3960 Howard Hughes Pkwy., Suite 700
Las Vegas, Nevada 89169
Telephone:   (702) 732-9099
Facsimile:   (702) 732-7110
Email: dcarroll@rsrslaw.com

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| AIRPORT MANAGEMENT SERVICES, LLC, a Delaware limited liability company,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>RLW, INC., d/b/a EMC, a Nevada corporation; DOE INDIVIDUALS I-V; and ROE CORPORATIONS VI-X,<br><br>　　　　　　　　Defendants. | Case No.: 2:09-cv-01879-LRH-LRL<br><br>**MOTION FOR MISCELLANEOUS RELIEF – MOTION FOR REMOVAL FROM THE CM/ECF SYSTEM SERVICE LIST AND ORDER GRANTING MOTION** |

　　　David A. Carroll, Esq. files this motion to remove himself from the CM/ECF System List in the above-entitled matter. Jones Vargas represents Airport Management Services, LLC. David A. Carroll, Esq. is no longer associated with the law firm of Jones Vargas.

　　　Dated this 24th day of February, 2011.

RICE SILBEY REUTHER & SULLIVAN, LLP

/s/ David A. Carroll

DAVID A. CARROLL, ESQ.
3960 Howard Hughes Pkwy., Suite 700
Las Vegas, NV 89169

1

IT IS SO ORDERED.



_____
UNITED STATES MAGISTRATE JUDGE
Dated: 2-25-11

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on the 25th day of February, 2010 and pursuant to Fed. R. Civ. P. 5(b), I served via CM/ECF and/or deposited for mailing in the U.S. Mail a true and correct copy of the foregoing **MOTION FOR MISCELLANEOUS RELIEF – MOTION FOR REMOVAL FROM THE CM/ECF SYSTEM SERVICE LIST AND ORDER GRANTING MOTION**, postage prepaid (if necessary) to all parties listed on the U.S. District Court's CM/ECF system.

/s/ [signature]
/ An employee of Rice Silbey Reuther & Sullivan